**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

AUG 25 2021

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-10030 |
| Plaintiff-Appellee, | D.C. No. 2:15-cr-00054-JCM-CWH-1 |
| v. | |
| CAMERON BELL, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Nevada
James C. Mahan, District Judge, Presiding

Submitted August 17, 2021**

Before:    SILVERMAN, CHRISTEN, and LEE, Circuit Judges.

Cameron Bell appeals from the district court's order denying his motion for

compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i).  We have jurisdiction

under 28 U.S.C. § 1291.  Reviewing for abuse of discretion, *see United States v.*

*Aruda*, 993 F.3d 797, 799 (9th Cir. 2021), we affirm.

---

\*    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Bell challenges the district court's conclusions that he poses a danger to the community and that release was unwarranted under the 18 U.S.C. § 3553(a) factors. The district court did not abuse its discretion in concluding that the § 3553(a) factors, including the danger Bell poses to the community in light of the seriousness of his underlying conviction, weighed against granting relief. *See* 18 U.S.C. § 3553(a)(2)(A), (C); *United States v. Robertson*, 895 F.3d 1206, 1213 (9th Cir. 2018) (a district court abuses its discretion only if its decision is illogical, implausible, or without support in the record). Moreover, contrary to Bell's contention, the court's explanation was sufficient to show that it had considered the parties' arguments and had a reasoned basis for its decision. *See Chavez-Meza v. United States*, 138 S. Ct. 1959, 1965 (2018).

Because we decide this case without reference to the documents at issue in appellee's motion for judicial notice, the motion is denied.

**AFFIRMED**.